## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-40014-01-JAR |
| | ) | |
| JAMES A. MARPLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Before the Court is James A. Marple's Motion for Early Discharge from Supervised Release (Doc. 46). Mr. Marple was released from prison on January 13, 2010 and has complied with all conditions of supervised release since that time. Mr. Marple was sentenced to four years of supervised release and has been on supervision for about fourteen months.

While the Court is encouraged that Mr. Marple has complied with his terms and conditions of supervision for the past fourteen months, it finds that the motion is premature given that only approximately one-third of his term of supervision has been completed.

**IT IS THEREFORE ORDERED BY THE COURT THAT** James A. Marple's Motion for Early Discharge from Supervised Release (Doc. 46) is denied without prejudice.

Dated: March 18, 2011

                                                  S/ Julie A. Robinson
                                                  JULIE A. ROBINSON
                                                  UNITED STATES DISTRICT JUDGE